IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Dan and Julia Erickson,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC MORTGAGE SERVICES, INC.<br>d/b/a Home Mortgage Services,<br><br>CALIBER HOME LOANS, INC.,<br><br>Defendants. | Civil Action No. 4:14-CV-00482-JAJ-HCA<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Robert T. Mowrey, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Caliber Home Loans, Inc. Mr. Mowrey states that he is a member in good standing of the bar of the United States District Court for the Northern District of Texas, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Mowrey further states he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Lance Lange, an attorney who has been admitted to the bar of this district under LR 83.1.b and who has entered an appearance in this case on behalf of Caliber Home Loans, Inc.

/s/ Robert T. Mowrey
Robert T. Mowrey
Locke Lord LLP
2200 Ross Ave., Suite 2200
Dallas, Texas 75201-6776
(214) 740-8505
(214) 740-8800
rmowrey@lockelord.com